IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES M. WALKER,

          Plaintiff,

v.

CALLISA S. ROSE, PAMELA OLSON,
SHERRI J. PAULSON, JENNIFER FREY,
ASHLAND COUNTY SHERIFF
DEPARTMENT and DEPARTMENT OF
SAFETY AND PROFESSIONAL
SERVICES,

          Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-828-bbc

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 2/11/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |